United States District Court
Middle District of Florida
Tampa Division

*DISTRIBUTION INTELLIGENCE SYSTEMS,*

    *Plaintiff,*

v.                                       No. 8:2024-cv-00262-MSS-SPS

*ORTHOPEDIC DESIGNS NORTH AMERICA, INC.*

    *Defendant.*

---

## Unopposed Motion for Special Admission

René A. Vazquez, Esquire, moves for special admission to represent plaintiff in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Western District of Texas, the U.S. District Court for the Eastern District of Michigan, and the U.S. District Court for the Eastern District of Wisconsin.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

(1) Maplebear, Inc. v. GreatGigz Solutions, LLC (SDFL), 9:21-cv-81998-DMM; and (2) Solv Health, Inc. v. GreatGigz Solutions, LLC (SDFL), 9:22-cv-81627-CANNON.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: March 19, 2024 /s/ René A. Vazquez
René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 89-2244

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party is not opposed to my special admission.

Respectfully Submitted on behalf of René A. Vazquez, Esquire, on this 19th day of March, 2024.

/s/Barbra A. Stern
Barbra Anne Stern, Esquire
Florida Bar Number 525576
Lead Local Counsel for Plaintiff
**Law Office Of Barbra Stern PA**
808 E. Las Olas Blvd.
Suite 102
Fort Lauderdale, FL 33301
(954) 239-7249
Email: barbra@sternlawoffice.com

3

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record:

                                                    /s/ Barbra Anne Stern
                                                    Attorney