# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **DISTRIBUTION INTELLIGENCE SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ORTHOPEDIC DESIGNS NORTH AMERICA, INC.,**<br><br>Defendant. | **CASE NO. 8:24-cv-00262-MSS-SPS**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Distribution Intelligence Systems, LLC, and Defendant Orthopedic Designs North America, Inc. hereby stipulate to the dismissal with prejudice of all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  April 19, 2024

| | |
|---|---|
| /s/ *René A. Vazquez*  <br>René A. Vazquez, Esq.<br>  *Pro Hac Vice*<br>  Virginia Bar No. 41988<br>  rvazquez@sinergialaw.com<br><br>**SINERGIA TECHNOLOGY LAW GROUP, PLLC**<br>18295 St. Georges Ct.<br>Leesburg, Virginia 20176<br>Telephone: (703) 89-2244<br><br>Barbra Anne Stern, Esquire<br>Florida Bar Number 525576<br>Local Counsel for Plaintiff<br>**Law Office Of Barbra Stern PA**<br>808 E. Las Olas Blvd.<br>Suite 102<br>Fort Lauderdale, FL 33301<br>(954) 239-7249<br>Email: barbra@sternlawoffice.com<br><br>*Counsel for Plaintiff* | /s/ *Cole Carlson*  <br>Cole Carlson<br>Florida Bar No. 112863<br>**Carlson IP Law, LLC 503**<br>E Jackson Street Suite 901<br>Tampa, FL 33602<br>Tel: 813-445-5145<br>E-mail: cole@carlsoniplaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record in this action registered with the Court's system.

/s/ *Cole Carlson*

Cole Carlson